UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DUNN, | No. 2:23-cv-0309 KJN P |
| Plaintiff, | |
| v. | ORDER |
| OFFICER F. RODRIGUEZ, | |
| Defendant. | |

Plaintiff is a state prisoner proceeding pro se. His request for extension of time to file objections is before the court.[1] Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 20) is granted; and

2. Plaintiff is granted thirty days from the date of this order in which to file objections.

Dated: January 31, 2024

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/dunn0309.36b

---

[1] In his request, plaintiff objects that mail delivery is slow and he did not receive the December 29, 2023 findings and recommendations until January 8, 2024. The court grants plaintiff's request for an extension, but notes that plaintiff's complaint was first dismissed on April 24, 2023, and after receiving two extensions of time to amend, the November 10, 2023 deadline expired, and plaintiff did not file an amended complaint.

1